ERIC J. RANS, CSB 195615
erans@mrllp.com
MICHELMAN & ROBINSON, LLP
17901 Von Karman Avenue, 10th Floor
Irvine, California 92614
Telephone: 714-557-7990

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SANBERG, an individual, | **CASE NUMBER** |
| | 2:14-cv-09156 DMG (JCx) |
| Plaintiff(s), | |
| v. | |
| RICK SANBERG, an individual, and DOES 1 through 50, inclusive, | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

February 2, 2015
_____
Date

_____
*Signature of Attorney/Party*

*NOTE:* ***F.R.Civ.P. 41(a):*** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

***F.R.Civ.P. 41(c):*** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

## PROOF OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of 18, and not a party to the within action.  My business address is 17901 Von Karman Ave., 10th Floor, Irvine, CA 92614.

On February 3, 2015, I served the foregoing document(s) described as:

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

on the interested parties in this action as follows and by the method listed below:

-   SEE ATTACHED SERVICE LIST –

X   **(VIA MAIL)** I caused such envelope, with postage thereon, fully prepaid, to be placed for deposit at Irvine, California, in the United States Postal Service.  I am familiar with the regular mail collection and processing practices of Michelman & Robinson, LLP, that the mail would be deposited with the United States Postal Service that same day in the ordinary course of business, and that the envelope was sealed and deposited for collection and mailing on the above date following ordinary business practices.

___   **(VIA OVERNIGHT MAIL)** I am readily familiar with the practice of Michelman & Robinson, LLP for the collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express/United Postal Service/Overnite Express in Irvine, CA for overnight delivery.

X   **(BY ELECTRONIC MAIL)** By personally transmitting to the below-named person(s), on the date and time listed below, originating from the Michelman & Robinson, LLP's electronic mail address, pursuant to the C.R.C. 2060 and Government Code § 11440.20.  A true copy of the above-described document(s) was transmitted by electronic transmission through the Michelman & Robinson, LLP's mail server, which did not report any error in sending the transmission.

X   **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I took said action(s) at the direction of a licensed attorney authorized to practice before the Federal Courts.

Executed on February 3, 2015 at Irvine, California.

/S/ _____
Connie Hoylman-Megley

1

## SERVICE LIST

Joseph Sanberg v Rick Sanberg (Cyberpiracy)
USDC-CD Ca, Western District
Case No.: 2:14-cv-09156 DMG (JCx)
Complaint date:    11/21/2014

Attorneys for Rick Sanberg:

Stephen J. Goldberg, Esq.
Law Office of Stephen J. Goldberg
623 Levering Ave.
Los Angeles, CA  90024
T: 310-824-2447
F: 310-209-1603
stephen@stephengoldberglaw.com

2